■ In the Matter of SIDNEY BAUMGARTEN, a Suspended

Attorney. [—— NYS2d ——] —Motion to stay suspension, or for other relief, denied in its entirety. No opinion. Concur—Carro, J. P., Ellerin, Wallach, Kupferman and Nardelli, JJ.